UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARVIN W. THOMAS § <br> § <br> PLAINTIFF, § <br> § <br> v. § <br> § <br> JPMORGAN CHASE BANK, N.A., CHASE § <br> HOME FINANCE, LLC, JOHN DOES 1- § <br> 1000 as unknown claimants; and 2641 § <br> ASHLEY OAK DRIVE, SCHERTZ, TEXAS § <br> 78154, § <br> § <br> DEFENDANTS. § <br> § <br> § | CIVIL ACTION NO. 5:11-cv-00509 |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, Defendant JPMorgan Chase Bank, N.A., individually and as successor by merger to Chase Home Finance LLC, files this disclosure statement identifying any parent corporation and any publicly held corporation owning 10% or more of its respective stock as follows:

1.  JPMorgan Chase Bank, N.A., individually and as successor by merger to Chase Home Finance LLC, is a wholly-owned subsidiary of JPMorgan Chase & Co., a publicly traded company (trading symbol: JPM).

          Respectfully submitted,

          _____*/s/ Marcie L. Schout*_____
          WM. LANCE LEWIS
          Texas Bar No. 12314560
          MARCIE L. SCHOUT
          Texas Bar No. 24027960
          **QUILLING, SELANDER, LOWNDS,**
          **WINSLETT & MOSER, P.C.**
          2001 Bryan Street, Suite 1800
          Dallas, Texas  75201
          (214) 871-2100 (Telephone)
          (214) 871-2111 (Facsimile)

          **ATTORNEYS FOR DEFENDANT**
          **JPMORGAN CHASE BANK, N.A.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading has been furnished to Plaintiffs' counsel of record, via certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure, this 23rd day of June, 2011 at the address indicated below:

    Wade Kricken
    P.O. Box 59331
    Dallas, Texas  75229

          _____*/s/ Marcie L. Schout*_____
          Wm. Lance Lewis / Marcie L. Schout